902 A.2d 1173

Thomas ROSKELLY, et al.

v.

Linda H. LAMONE, et al.

No. 141, Sept. Term, 2005.

Court of Appeals of Maryland.

July 25, 2006.

Mark J. Davis, Asst. Atty. Gen. Robert A. Zarnoch, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., William F. Brockman, Asst. Atty. Gen., Kathryn M. Rowe, Asst. Atty. Gen., on brief), for appellees.

James H. West (John H. West, III, West & Costello, LLC, Towson, on brief), for appellants.

BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

## PER CURIAM ORDER.

For reasons to be stated in an opinion later to be filed, it is this 25th day of July, 2006,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Anne Arundel County be, and it is hereby, affirmed. Costs to be paid by the appellants. Mandate to issue forthwith.